NO. 07-06-0113-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 22, 2006

______________________________

KENNY EUGENE KILE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 84
TH
 DISTRICT COURT OF OCHILTREE COUNTY;

NO. 3929; HONORABLE WILLIAM D. SMITH, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant’s motion to dismiss his appeal.  Appellant and his attorney both have signed the document stating that appellant withdraws his appeal.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

        Justice

Do not publish.